



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. **1:21-cr-00096** |
|---|---|
| v. | Violation: Title 18, United States Code, Section 875(d) |
| KURT DANBY | JUDGE ANDREA R. WOOD<br>MAGISTRATE JUDGE JEFFREY CUMMINGS |

The SPECIAL NOVEMBER 2020 GRAND JURY charges:

1. At times material to this indictment, Company A was a multinational fast food restaurant corporation headquartered in the Northern District of Illinois.

2. Between on or about October 23, 2018, and October 24, 2018, in the Northern District of Illinois, Eastern Division, and elsewhere,

KURT DANBY,

defendant herein, with the wrongful intent to extort money from Company A, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the reputation of Company A, if Company A did not pay the defendant $1,500,000;

In violation of Title 18, United States Code, Section 875(d).

A TRUE BILL:

_____
FOREPERSON

_____
signed by Steven J. Dollear on behalf of the
UNITED STATES ATTORNEY