**1:21-cr-00096**  JUDGE ANDREA R. WOOD
MAGISTRATE JUDGE JEFFREY CUMMINGS  SM

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | **Jeffrey Gilbert** |
|---|---|---|---|
| **CASE NUMBER** | 19 GJ 115 | **DATE** | FEBRUARY 8, 2021 |
| **CASE TITLE** | U.S. v. KURT DANBY | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for ___SPECIAL NOVEMBER 2020___ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _____

TO ISSUE BENCH WARRANT. PRELIMINARY BAIL TO BE DETERMINED AT ARRAIGNMENT.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                              UNDER SEAL)

Courtroom Deputy Initials: 



FILED
2/8/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LK

Page 1 of 1